UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JEFFREY LYNN JAMERSON,

    Plaintiff,

v.                                         Case No. 22-C-1454

WARDEN, et al.,

    Defendants.

## ORDER

    Plaintiff Jeffrey Lynn Jamerson brought this 42 U.S.C. § 1983 action against the defendants alleging that his constitutional rights were violated. By letter dated December 6, 2022, Jamerson was directed to submit a certified copy of his institutional trust account statement for the past six months by December 27, 2022. On December 28, 2022, Jamerson filed a letter indicating that he has had "issues" with the Institution's Business Office releasing his trust account statement and requesting that the court subpoena the Business Office and order it to release his trust account statement. While the court will not order the Business Office to release Jamerson's trust account statement, it will extend Jamerson's time to file his trust account statement with the court. Jamerson must file a copy of his six-month trust account statement by **January 25, 2023**. Failure to do so may result in dismissal of this action for failure to prosecute. In the event Jamerson has difficulties obtaining his trust account statement from the Institution's Business Office, he should file a signed letter with the court detailing the efforts he made to acquire his trust account statement, including the dates he wrote to the Business Office and its response, if any.

    **SO ORDERED** at Green Bay, Wisconsin this 5th day of January, 2023.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge